# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-2528

———————————————————

REGINALD A. WALKER,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

———————————————————

Petition for Writ of Mandamus—Original Proceedings.

May 19, 2026

PER CURIAM.

    DISMISSED as moot.

ROWE, RAY, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Reginald A. Walker, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Tallahassee, for Respondent.